| | |
|---|---|
| 1 | JOHN F. BAUM (SBN 148366) |
| | NATASHA J. BAKER (SBN 226981) |
| 2 | CURIALE DELLAVERSON HIRSCHFELD |
| |   & KRAEMER, LLP |
| 3 | 727 Sansome Street |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 835-9000 |
| | Facsimile: (415) 834-0443 |

Attorneys for Defendant
TIME WARNER TELECOM HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REESE, an Individual, | Case No. C 07-01761 SBA |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| vs. | |
| TIME WARNER TELECOM HOLDINGS, INC., a corporation and DOES 1-50, inclusive, | Trial Date: April 28, 2008 |
| Defendants. | |

WHEREAS the trial date in this matter is set for April 28, 2008;

WHEREAS the complexity of the factual and legal issues underlying this litigation and the anticipated scope of discovery to be conducted require additional time, the parties have engaged in extensive good-faith negotiations and reached agreements on several matters that implicate the Court's September 6, 2007 Case Management Scheduling Order.

THUS, subject to the availability and convenience of the Court, Defendant Time Warner Telecom Holdings, Inc. and Plaintiff John Reese, hereby stipulate to continue the deadlines set forth in this Court's September 6, 2007 Case Management Scheduling Order as follows:

| | |
|---|---|
| **Last day to designate experts:** | June 13, 2008 |
| **Factual discovery cutoff:** | June 27, 2008 |
| **Expert discovery cutoff:** | July 21, 2008 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
CASE NO.: C 07-01761 SBA

4814-1173-6834.V2

1    **Last Day for Dispositive Motions**: Tuesday, July 29, 2008 at 1:00 p.m.. Note that this date is not automatically reserved. Pursuant to Civil Local Rule 7-1, 7-2 and 7-3, all civil motions must be noticed for a hearing not less than thirty-five calendar days after service. However, the parties are advised not to wait until 35 days prior to the law motion cut-off date to serve and file their motion.

**Mandatory Settlement Conf:** as set by Settlement Conference Judge between August 5-12, 2008.

**Pre-trial Preparation due:** August 12, 2008 (21 days before Pre-trial Conference)

**Motions in Limine due**: August 19, 2008

**Responses to Motions in Limine**: August 26, 2008

**Pre-trial Conference:** September 2, 2008 at 1:00 p.m.

**Trial (5 days):** September 8, 2008 at 8:30 a.m..

Dated: February 12, 2008                          CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

                                                            By: s/ Natasha J. Baker
                                                                  John F. Baum
                                                               Natasha J. Baker

Attorneys for Defendant
TIME WARNER TELECOM HOLDINGS, INC.

LAW OFFICES OF MICHAEL WELCH

Dated: February 12, 2008

                                                            By: s/ Michael Welch
                                                                  Michael Welch

Attorneys for Plaintiff
JOHN REESE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/20/08                                                  By:
                                                              Honorable Saundra Armstrong
                                                             United States District Court Judge