1  JOHN F. BAUM (SBN 148366)
   NATASHA J. BAKER (SBN 226981)
2  CURIALE DELLAVERSON HIRSCHFELD
      & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA  94111
4  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
5
   Attorneys for Defendant
6  TIME WARNER TELECOM HOLDINGS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN REESE, an Individual,              Case No.  C 07-01761 SBA

12            Plaintiffs,                  **STIPULATION AND  ORDER TO**
                                           **CONTINUE TRIAL DATE**
13 vs.

14 TIME WARNER TELECOM               Trial Date: April 28, 2008
   HOLDINGS, INC., a corporation and
15 DOES 1-50, inclusive,

16            Defendants.

17

18        WHEREAS the trial date in this matter is set for April 28, 2008;

19        WHEREAS the complexity of the factual and legal issues underlying this litigation

20 and the anticipated scope of discovery to be conducted require additional time, the parties have

21 engaged in extensive good-faith negotiations and reached agreements on several matters that

22 implicate the Court's September 6, 2007 Case Management Scheduling Order.

23        THUS, subject to the availability and convenience of the Court, Defendant Time Warner

24 Telecom Holdings, Inc. and Plaintiff John Reese, hereby stipulate to continue the deadlines set

25 forth in this Court's September 6, 2007 Case Management Scheduling Order as follows:

26        **Last day to designate experts:**    June 13, 2008

          **Factual discovery cutoff:**         June 27, 2008
27
          **Expert discovery cutoff:**          July 21, 2008

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE            4814-1173-6834.V2
CASE NO.:  C 07-01761 SBA

**Last Day for Dispositive Motions**:   Tuesday, July 29, 2008 at 1:00 p.m.. Note that this date is not automatically reserved.  Pursuant to Civil Local Rule 7-1, 7-2 and 7-3, all civil motions must be noticed for a hearing not less than thirty-five calendar days after service. However, the parties are advised not to wait until 35 days prior to the law motion cut-off date to serve and file their motion.

**Mandatory Settlement Conf:** as set by Settlement Conference Judge between August 5-12, 2008.

**Pre-trial Preparation due:**  August 12, 2008 (21 days before Pre-trial Conference)

**Motions in Limine due**: August 19, 2008

**Responses to Motions in Limine**: August 26, 2008

**Pre-trial Conference:** September 2, 2008 at 1:00 p.m.

**Trial (5 days):** September 8, 2008 at 8:30 a.m..

Dated:  February 12, 2008

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By:  s/ Natasha J. Baker
John F. Baum
Natasha J. Baker

Attorneys for Defendant
TIME WARNER TELECOM HOLDINGS, INC.

LAW OFFICES OF MICHAEL WELCH

Dated:  February 12, 2008

By:  s/ Michael Welch
Michael Welch

Attorneys for Plaintiff
JOHN REESE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/20/08

By:  Saundra B Armstrong
Honorable Saundra Armstrong
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
CASE NO.:  C 07-01761 SBA

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO