**CURIALE**
**DELLAVERSON**
**HIRSCHFELD**
**& KRAEMER**
L L P

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

March 13, 2008

NATASHA J. BAKER
Direct Dial: (415) 835-9004
nbaker@cdhklaw.com

**VIA E-FILE**

Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

      **Re:**     **John Reese v. Time Warner Telecom Holdings, Inc.**
             Case No.:    4:07-cv-01761 SBA

Dear Judge Larson:

      The trial date in the above-referenced matter has been rescheduled to September 8, 2008. The parties have agreed, and the Court's calendar is available (per your clerk) to move the Settlement Conference from March 26, 2008 p.m. at 2:00 p.m. to August 5, 2008 at 10:00 a.m.

      Thank you for your attention to this matter.

      Very truly yours,

      Natasha J. Baker

NJB/cjm

cc:    Michael Welch, Esq.
        Counsel for Plaintiff, John Reese



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4813-5041-2802