UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN REESE, | ) | No. C07-01761 SBA |
|     Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING ACTION</u> |
| vs. | ) | |
| | ) | |
| TIME WARNER TELECOM HOLDING | ) | |
| INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

      The Court having been notified that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that issue's arise that require the Court's attention, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 45 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

      IT IS SO ORDERED.

DATED: 8/13/08

                                        _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge